IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:  :  CASE NO. 

    SEALED DOCUMENT  :  ORDER SEALING CRIMINAL
       COMPLAINT, SUPPORTING
  :  AFFIDAVIT AND ARREST
       WARRANT
  :

_____

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit to Criminal Complaint and Arrest Warrant be sealed and kept from public inspection until further Order of this Court.

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE